**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

# UNITED STATES  DISTRICT COURT

## Northern District of California

### Oakland Division

| | |
|---|---|
| THE BOARD OF TRUSTEES, | No. C 11-02532 LB |
| Plaintiffs, | **ORDER RESETTING HEARING ON MOTION FOR DEFAULT JUDGMENT AND INVITING PLAINTIFFS TO APPEAR BY TELEPHONE** |
| v. | |
| CORE CONCRETE CONSTRUCTION, INC., | |
| Defendant. | |
| _____/ | |

This case is on this court's calendar on January 5, 2012 at 11:00 a.m. on Plaintiffs' motion for default judgment. Defendant has not appeared. The court **RESETS** the hearing to January 3, 2012 at 11:00 a.m. The court keeps the matter on calendar only in an abundance of caution but invites Plaintiffs' counsel to appear by telephone to minimize costs and any disruption to counsel's schedule. Plaintiffs shall serve this order on Defendant.

**IT IS SO ORDERED.**

Dated: December 21, 2011

_____
LAUREL BEELER
United States Magistrate Judge